UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. James Edward Williams**                                    **Docket No. 5:00-CR-86-5H**
**Petition for Action on Supervised Release**

COMES NOW Maurice J. Foy, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, James Edward Williams, who, upon an earlier plea of guilty to Accessory After The Fact of Armed Bank Robbery and Aiding and Abetting, 18 U.S.C. §§ 3 and 2; and Malicious Destruction of Property by Means of Fire or Explosives and Aiding and Abetting, 18 U.S.C. §§ 844(i) and 2, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge on November 14, 2000, to the custody of the Bureau of Prisons for a term of 210 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States probation officer or, at the request of the probation officer, any other law enforcement officer, of his/her, person and premises, including any vehicle, to determine compliance with the conditions, of this judgment.

3. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days;

4. The defendant shall make restitution to the following victims in the following amounts: Centura Bank - $14.00, Federal Rent-a-Car – $2,000, and National Casualty Insurance Company - $11,100.30. Any payment made that is not payment in full shall be divided proportionately among the victims named. The defendant shall be held jointly and severally liable for restitution of $14.00 along with the following codefendants in this case: Bruce Womack; Bobby Eugene Marsh; and Marvin Lovell Raines. The defendant shall be held jointly and severally liable for restitution of $13,100.30 along with the following codefendant in this case: James Thomas Mitchell. Payment of the total restitution shall be due in full immediately.

James Edward Williams was released from custody on March 13, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant participated in mental health treatment while staying at the Residential Reentry Center (RRC) and believes that continued treatment along with medication monitoring will be key to his success while on supervision. The probation office supports the defendant's desire to stay engaged in mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

James Edward Williams
Docket No. 5:00-CR-86-5H
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/Michael C. Brittain | /s/Maurice J. Foy |
| Michael C. Brittain | Maurice J. Foy |
| Senior U.S. Probation Officer | Senior U.S. Probation Officer |
| | 310 New Bern Avenue Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8678 |
| | Executed On: April 6, 2015 |

### ORDER OF THE COURT

Considered and ordered this 7th day of April, 2015 and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge